UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DAVID A. CHRISTOPHER, | ) | CASE NO.: C07-0701-JCC |
| | ) | (CR03-0136-JCC) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 1), respondent's answer thereto (Dkt. No. 9), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 21), and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation (Dkt. No. 21) with the following addendum: Petitioner's objection that the Magistrate Judge misunderstood his argument with respect to Count 3 neglects to address the primary defect in that argument: there was no indication that petitioner's state court convictions were a factor in this case. Accordingly, this claim must fail based on the second prong of the *Strickland* test, which requires a "reasonable probability . . . that, but for counsel's error, the result of the proceedings would

ORDER
PAGE -1

have been different." *Strickland v. Washington*, 466 U.S. 668, 687–94 (1984).

(2) Petitioner's habeas petition (Dkt. No. 1), his motion to take judicial notice of legislative facts (Dkt. No. 23), and this action are all DISMISSED, with prejudice; and,

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 15th day of November, 2007.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
United States District Judge

ORDER
PAGE -2